

U.S. Department of Justice

*United States Attorney*
*Southern District of New York*

The Silvio J. Mollo Building
One Saint Andrew's Plaza
New York, New York 10007

# MEMO ENDORSED

July 5, 2008

**BY FAX**

The Honorable Colleen McMahon
United States District Judge
United States Courthouse
500 Pearl Street
New York, New York 10007
Fax (212) 805-6326

7/8/08 Granted time to be excluded for consent or Coll [handwritten endorsement]

Re: *United States v. Alfredo Crespo,*
08 Cr. 271 (CM)

Dear Judge McMahon:

    I write regarding the pre-trial conference in the above-referenced matter which has been rescheduled from July 7, 2008, to September 9, 2008, at 9:30 a.m. Because the parties are engaged in ongoing plea discussions, the Government respectfully requests, pursuant to 18 U.S.C. § 3161(h)(8), that the time through September 9, 2008, be excluded from the calculations under the Speedy Trial Act, on the basis that the ends of justice served by the exclusion of that time outweigh the best interest of the public and the defendant in a speedy trial. On July 3, 2008, I spoke with defense counsel, Richard Fiske, Esq., via telephone and he specifically consented to this exclusion of time.

```
USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 7/8/08
```

Respectfully submitted,

MICHAEL J. GARCIA
United States Attorney
Southern District of New York

By: _____
Jason B. Smith
Assistant United States Attorney
(212) 637-1026
(212) 637-2527(fax)

Cc (by Fax): Richard Fiske, Esq.
Fax (212) 759-4463