```
USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 7/11/08
```

**LAWRENCE F. RUGGIERO**
ATTORNEY AT LAW
167 EAST 61ST STREET
SUITE 17E
NEW YORK, NEW YORK 10021

(212) 406-2910
FAX (212) 759-4463
E-MAIL LAWRUGGIERO@MINDSPRING.COM

# MEMO ENDORSED

July 10, 2008

**APPLICATION GRANTED**
HON. COLLEEN McMAHON

<u>VIA FACSIMILE</u>
Honorable Colleen McMahon
United States District Judge
United States District Court
Southern District of New York
500 Pearl Street
New York, New York 10007
Fax: (212) 805-6326

Re: <u>U.S. v. Alfredo Crespo</u>
Docket No. 08 cr 271 (CM)

Dear Judge McMahon,

I am writing to request a temporary modification of the bail travel restrictions for my client Alfredo Crespo in the above case. Specifically, Mr. Crespo requests permission to leave his residence to attend a one-day outing at Six Flags Great Adventure in Agawam, Massachusetts, on Saturday, July 12, 2008.

I have spoken to prosecutor Jason Smith regarding this application and he consents to the requested temporary modification.

Very truly yours,

Lawrence F. Ruggiero

cc: Jason Smith, AUSA
    Fax: 212/637-2932